UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Michael Jackson
v.
Municipality of Aguadilla

CASE NUMBER: 98-1236 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**  **Docket #**<br>[ ] Plffs  [ ] Defts  [ ] Other<br>**Title:** | In an order dated July 27, 1999, the Court ordered Plaintiff to retain new counsel and have that counsel make an appearance by August 30, 1999.  The order further stated that failure to comply with this deadline would result in the dismissal of this case.  *See* docket no. 15.<br>To date, Plaintiff has failed to comply with the Court's order of July 27, 1999.  Accordingly, this case is hereby dismissed.  Judgment shall be entered accordingly. |

Date 8/31/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:        EOD:

By:

