UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Michael Jackson
v.
Municipality of Aguadilla

CASE NUMBER: 98-1236 (HL)

| JUDGMENT |
|---|
| The Court having issued an order on this same date, judgment is hereby entered dismissing this case. |

Date 8/31/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:        EOD:

By:

